IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND SERRANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-40-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On November 28, 2016, the Magistrate Judge filed a Recommendation (Doc. # 9) to which no timely objections have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 9) is ADOPTED; and

2. Plaintiff's complaint is DISMISSED without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, due to plaintiff's failure to prosecute it or to comply with the orders of the court.

A final judgment will be entered separately.

DONE this 15th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE